```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 18673
   GUY A CLIFFORD
   ELLEN M CLIFFORD                               CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-6558      SSN XXX-XX-5059
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/10/05 and confirmed on 06/30/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  23220.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 6603.26 | .00 | 6603.26 |
| BAXTER CREDIT UNION | SECURED | .00 | .00 | .00 |
| CARDUNAL SAVINGS BANK FS | SECURED | 3096.03 | 288.47 | 3096.03 |
| CAPITAL ONE BANK | UNSECURED | 1853.59 | .00 | 725.98 |
| ROUNDUP FUNDING LLC | UNSECURED | 976.83 | .00 | 382.59 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 6226.15 | .00 | 2438.53 |
| SMC | UNSECURED | 798.58 | .00 | 312.77 |
| ROUNDUP FUNDING LLC | UNSECURED | 715.18 | .00 | 280.11 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | .00 | .00 | .00 |
| FIRST COMMERCIAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 754.61 | .00 | 295.55 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 222.98 | .00 | 87.33 |
| GUTHYRENKER | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 748.81 | .00 | 293.28 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 6246.77 | .00 | 2446.61 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 336.06 | .00 | 131.62 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 179.97 | .00 | 70.49 |
| MARSHALL FIELD | UNSECURED | 448.49 | .00 | 175.66 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 499.54 | .00 | 195.65 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 611.47 | .00 | 239.49 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SWISS COLONY | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 5283.94 | .00 | 2069.51 |
| INDEPENDENT BANKERSBANK | UNSECURED | 1250.04 | .00 | 489.59 |

Summary of disbursements:

```
                        SECURED     PRIORITY    UNSECURED         OTHER        TOTAL
```
---
```
TOTAL CLMS ALLOWED     9699.29          .00     27153.01           .00      36852.30
PRINCIPAL PAID         9699.29          .00     10634.76           .00      20334.05
INTEREST PAID           288.47          .00          .00           .00        288.47
TOTAL PAID             9987.76          .00     10634.76           .00      20622.52
```

The Debtor's attorney, COSTELLO & COSTELLO            , was allowed $   2565.50
and was paid $   1006.00  direct and $   1559.50  through the plan.

The Trustee received $   1037.98 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/12/08                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE